# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DENNIS MILSTEIN | : | No. 726 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| THE TOWER AT OAK HILL CONDOMINIUM ASSOCIATION AND LOWER MERION TOWNSHIP | : | |
| | : | |
| PETITION OF: THE TOWER AT OAK HILL CONDOMINIUM ASSOCIATION | : | |
| | : | |
| LOWER MERION TOWNSHIP AND DENNIS MILSTEIN, | : | No. 727 MAL 2015 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| THE TOWER AT OAK HILL CONDOMINIUM ASSOCIATION, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.